IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Al-Amin, Abdul

Printed: 7/22/08

Case Number: 07 B 21300
Judge: Wedoff, Eugene R
Filed: 11/14/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: June 5, 2008
Confirmed: January 24, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,800.00 |  |
| Secured: |  | 2,019.40 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 629.40 |
| Trustee Fee: |  | 151.20 |
| Other Funds: |  | 0.00 |
| Totals: | 2,800.00 | 2,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,493.00 | 629.40 |
| 2. | Santander Consumer USA | Secured | 32,060.29 | 2,019.40 |
| 3. | Internal Revenue Service | Priority | 13,934.65 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 474.32 | 0.00 |
| 5. | General Credit Service | Unsecured | 400.00 | 0.00 |
| 6. | Illinois Dept of Revenue | Unsecured | 76.10 | 0.00 |
| 7. | Illinois Student Assistance Commission | Unsecured | 7,844.61 | 0.00 |
| 8. | Plains Commerce Bank | Unsecured | 335.14 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 2,373.33 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 297.71 | 0.00 |
| 11. | Santander Consumer USA | Unsecured | 0.11 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 431.35 | 0.00 |
| 13. | Premier Bankcard | Unsecured | 299.03 | 0.00 |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | Northway Financial Corporation | Unsecured | | No Claim Filed |
| 16. | Debt Credit Service | Unsecured | | No Claim Filed |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 18. | Credit Protection Association | Unsecured | | No Claim Filed |
| 19. | Emerge | Unsecured | | No Claim Filed |
| 20. | Americredit Financial Ser Inc | Unsecured | | No Claim Filed |
| 21. | First Bank Of Deleware | Unsecured | | No Claim Filed |
| 22. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 23. | Continental Finance | Unsecured | | No Claim Filed |
| 24. | First Premier | Unsecured | | No Claim Filed |
| 25. | HSBC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Al-Amin, Abdul | Case Number: 07 B 21300 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 7/22/08 | Filed: 11/14/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 27. | Imagine | Unsecured | | No Claim Filed |
| 28. | Plains Commerce Bank | Unsecured | | No Claim Filed |
| 29. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 30. | Rdk Collection Service | Unsecured | | No Claim Filed |
| 31. | Orchard Bank | Unsecured | | No Claim Filed |
| 32. | Professional Account Management | Unsecured | | No Claim Filed |

$ 62,019.64     $ 2,648.80

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 151.20 |

$ 151.20

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____